IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-325-D
No. 5:19-CV-570-D

| | |
|---|---|
| KEVIN KAALIQ BEAMON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

On July 29, 2020, petitioner filed a motion to lift the stay [D.E. 58]. On August 13, 2020, the United States responded in opposition [D.E. 60]. The court DENIES the motion to lift the stay pending resolution of the pending petition for writ of certiorari in United States v. Gary, 954 F.3d 194 (4th Cir. 2020). If the Supreme Court grants certiorari, the stay will remain in place pending disposition on the merits. If the Supreme Court denies certiorari, the United States shall have 30 days from such a denial to file a response to petitioner's motion.

SO ORDERED. This 29 day of December 2020.

JAMES C. DEVER III
United States District Judge